

| | | 2600 Eagan Woods Dr, Suite 400 | | 60 East 42nd Street, 46th Floor |
| | | St. Paul, MN 55121 | | New York, NY 10165 |
| | | 651-406-9665 | | 212-267-7342 |

**Defendant:** **Johanson Transportation Service**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $267,437.97 | 4/20/2023 | WeekEnd:2/1/2023 | 2/1/2023 | $267,437.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $196,355.01 | 3/27/2023 | WeekEnd:1/25/2023 | 1/25/2023 | $196,355.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $119,498.26 | 3/17/2023 | WeekEnd:1/18/2023 | 1/18/2023 | $119,498.26 |

**Totals:** 3 transfer(s), $583,291.24